# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | CRIM. NO. 17-596 (PAD) |
| | * | |
| JULIO A. MARTINEZ RIVERA (3), | * | |
| CHRISTOPHER SAEZ-QUILES (7), | * | |
| JAN C. MARTINEZ RIVERA (8), | * | |
| ADAMES PEREZ-SANCHEZ (10), | * | |
| ANGEL MARTINEZ RIVERA (11), | * | |
| Defendant. | * | |
| _____ | * | |

## INFORMATIVE MOTION

TO THE HONORABLE PEDRO A. DELGADO,
JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO.

**COME NOW** the defendants through their attorneys, and very respectfully inform:

1. The defendants entered guilty pleas yesterday pursuant to a plea agreement with the government.

2. Counsels for defendants requested that the government amend the plea agreement to substitute the term "co-defendants" for the term "other persons" but the government refused.

3. Similarly, counsel for one of the co-defendants requested the court to

intervene in the matter, but the court ruled not to get involved in matters of plea negotiations as mandated by Federal Rule of Criminal Procedure 11(c)(1).

4. The defendants file the instant motion to place on record their objection to the use of the term "co-defendants" in the plea agreement and the government's response to their objection.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 24th day of August, 2022.

*S/Ignacio Fernandez-De-Lahongrais*
Ignacio Fernandez-De-Lahongrais
Fernandez & Alcaraz, PSC
Attorney for Defendant # 3
Capital Center Bldg. South Tower Suite 202
239 Arterial Hostos
San Juan, PR 00918-1475
787-923-5789
ignacio@bufetefernandezalcaraz.com

*S/ Jose R Gaztambide Añeses*
Jose R Gaztambide Añeses
Attorney for Defendant # 7
PO Box 270343
San Juan, P R 00928
USDC129011
gaztambidelaw@yahoo.com

*S/Laura Maldonado Rodriguez*
LAURA MALDONADO RODRIGUEZ
Attorney for Defendant # 8
USDC-PR 205701
P. O. BOX 11533
SAN JUAN, P. R. 00922-1533
TEL. (787) 413-7771

*s/Miguel Oppenheimer*
Miguel Oppenheimer
Attorney for Defendant # 10
USDC No. 220012
P.O. Box 10522
San Juan PR, 00922-0522
Tel. 787-375-6033
miguelo@oppenheimerlaw.com

*S/ ARTEMIO RIVERA RIVERA*
Artemio Rivera-Rivera
Attorney for Defendant # 11
USDC-PR 210114
P.O. Box 2342
Toa Baja, P.R.  00951
Tel. 787-299-3959
e-mail: art@sjlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this MOTION was filed through the CM/ECF system and served on all designated parties.

In San Juan, Puerto Rico this 24th day of August, 2022.

*S/ Laura Maldonado Rodriguez*
LAURA MALDONADO RODRIGUEZ
USDC-PR 205701
lmr7771@aol.com
P. O. BOX 11533
SAN JUAN, P. R. 00922-1533
T. 787-413-7771
